DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 West Charleston Boulevard
Suite 560
Las Vegas, NV 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
Attorneys for Defendants
*Joyce Sirianni and Lisa M. Lee*
*as Special Administrator of the*
*Estate of Demetrios A. Dalacas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY and ALLIED WORLD INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LISA M. LEE, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., ROBERT O McMASTER, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., DEMETRIOS A. DALACAS, ESQ., P.C., a Nevada professional corporation; JOYCE SIRIANNI, and RYAN MCCLARAN,<br><br>Defendants. | CASE NO.: 2:21-cv-00078-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADINGS TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT AND MONEY JUDGMENT**<br><br>**(First Request)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs ALLIED WORLD INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY and ALLIED WORLD INSURANCE COMPANY ("Plaintiffs"), through their counsel of record, Chad C. Butterfield of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP; Defendants JOYCE SIRIANNI and LISA M. LEE, as

Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., through their counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP; Defendant RYAN McCLARAN, through his counsel of record, Adam J. Breeden of BREEDEN & ASSOCIATES, PLLC; and ROBERT O. McMASTER, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., through his counsel of record, John L. Waite III of GOLDSMITH & GUYMON, P.C., that the deadline for all Defendants to file their respective responsive pleadings to Plaintiffs' Complaint for Declaratory Relief and Money Judgment shall be extended forty-nine (49) days from February 26, 2021 to April 16, 2021.  This is the first request for extension of time for Defendants Joyce Sirianni, Ryan McClaran, and Lisa M. Lee, as Special Administrator of the Estate of Demetrios A. Dalacas, Esq. to file their responsive pleadings to Plaintiffs' Complaint for Declaratory Judgment and Money Judgment.  This is the second request for extension of time for Defendant Robert O. McMaster, as Special Administrator of the Estate of Demetrios A. Dalacas, Esq. as he previously reached an extension of time with counsel for Plaintiffs allowing him until April 9, 2021 to file his responsive pleading.  This Stipulation and [Proposed] Order is submitted in accordance with LR IA 6-1.

The parties respectfully request this extension of time to file their respective responsive pleadings to Plaintiffs' Complaint.  The purpose for the request is to allow Defendants' counsel additional time to resolve outstanding issues concerning the administration of Demetrios A. Dalacas's estate because there were two special administrators appointed to administer the Dalacas estate.  These issues directly relate to the responsibilities of the special administrators regarding the litigation of this action as well as who will defend the estate against the claims set forth by Plaintiffs in this action.  There is currently a hearing scheduled before the Probate Commissioner in the Eighth Judicial District Court, Clark County, Nevada, for April 2, 2021.  Defendants hope to resolve the issues regarding the administration of the Dalacas estate in advance of the April 2, 2021 hearing.  However, the hearing before the Probate Commissioner may become necessary to resolve the issues, which further explains why the parties, out

of an abundance of caution, respectfully request a forty-nine (49) day extension of time. This extension of time will ensure all issues involving the administration of the Dalacas estate will be fully resolved before this matter proceeds, which the parties reasonably believe to be necessary.

Based on the foregoing, the parties respectfully request this Court to approve the foregoing stipulation for a (49) day extension of time for Defendants to file their respective responsive pleadings to Plaintiffs' Complaint for Declaratory Judgment and Money Judgment. The parties' request is not made in bad faith or to unnecessarily delay these proceedings.

DATED this 2nd day of March, 2021.          DATED this 2nd day of March, 2021.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**          **PRINCE LAW GROUP**

/s/ Chad C. Butterfield          /s/ Kevin T. Strong
CHAD C. BUTTERFIELD          DENNIS M. PRINCE
Nevada Bar No. 10532          Nevada Bar No. 5092
6689 Las Vegas Boulevard South          KEVIN T. STRONG
Suite 200          Nevada Bar No. 12107
Las Vegas, Nevada 89119          10801 W. Charleston Boulevard, #560
Attorneys for Plaintiffs          Las Vegas, Nevada 89135
*Allied World Specialty Insurance*          Attorneys for Defendant
*Company f/k/a Darwin National*          *Joyce Sirianni and Lisa M. Lee, as Special*
*Assurance Company and Allied*          *Administrator of the Estate of Demetrios*
*World Insurance Company*          *A. Dalacas, Esq.*



DATED this 2nd day of March, 2021.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden*
ADAM J. BREEDEN
Nevada Bar No. 8768
376 E. Warm Springs Road
Suite 120
Las Vegas, Nevada 89119
Attorneys for Defendant
*Ryan McClaran*

DATED this 2nd day of March, 2021.

**GOLDSMITH & GUYMON, P.C.**

*/s/ John L. Waite III*
JOHN L. WAITE III
Nevada Bar No. 15110
2055 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
*Robert O McMaster, as Special Administrator of the Estate of Demetrios A. Dalacas, Esq.*

### ORDER

**IT IS SO ORDERED.**

DATED this 3rd day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE



4