DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 West Charleston Boulevard
Suite 560
Las Vegas, NV 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
Attorneys for Defendants
*Joyce Sirianni and Lisa M. Lee*
*as Special Administrator of the*
*Estate of Demetrios A. Dalacas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY and ALLIED WORLD INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LISA M. LEE, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., ROBERT O McMASTER, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., DEMETRIOS A. DALACAS, ESQ., P.C., a Nevada professional corporation; JOYCE SIRIANNI, and RYAN MCCLARAN,<br><br>Defendants. | CASE NO.: 2:21-cv-00078-JCM-EJY<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS JOYCE SIRIANNI AND LISA M. LEE, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DEMETRIOS A. DALACAS TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT AND MONEY JUDGMENT**<br><br>**(Second Request)** |

Plaintiffs Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company and Allied World Insurance Company ("Plaintiffs") and Defendants Joyce Sirianni and Lisa M. Lee, as Special Administrator of the Estate of Demetrios A. Dalacas ("Defendants") hereby file their *Joint Motion for Extension of Time for Defendants Joyce Sirianni and Lisa M. Lee, as Special Administrator of the Estate of*

DPLG

10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135

*Demetrios A. Dalacas* to file their Responsive Pleading to Plaintiffs' Complaint for Declaratory Relief and Monetary Judgment.  Plaintiffs and Defendants jointly and respectfully request this Court to extend the deadline for Defendants to file their responsive pleading to Plaintiffs' Complaint for Declaratory Judgment and Money Judgment twenty-one (21) days from Friday, April 16, 2021 to Friday, May 7, 2021.  This is Defendants' second request for extension of time to file their responsive pleading.  Plaintiffs and Defendants hereby submit this joint motion in accordance with LR 7-1.

Over the course of the last several weeks, Defendants' undersigned counsel has spent a significant amount of time preparing a substantive mediation brief for a complex insurance bad faith matter, *Volungis, et al. v. Liberty Mutual Fire Insurance Company*, Case No. 2:17-cv-2247 JCM (VCF).  Defendants' undersigned counsel simultaneously devoted substantial time preparing a substantive motion for summary judgment addressing five (5) distinct issues in a complex insurance bad faith matter, *Arlitz v. GEICO Casualty Company*, Case No. 2:19-cv-00743-RFB-DJA.  During this same time period, Defendants' undersigned counsel purchased a home in March and had to address several unforeseen issues that arose during escrow that forced him to take some time away from the office.  This additional extension of time will allow Defendants' counsel to prepare a comprehensive responsive pleading fully addressing the allegations set forth in Plaintiffs' Complaint for Declaratory Judgment and Money Judgment.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .



1       "When an act may or must be done within a specified time, the court may, for good

2 cause, extend the time . . . ." *Burns v. Davis*, Case No. 2:19-cv-00218-RFB-BNW, 2021

3 U.S. Dist. LEXIS 3749, at *7 (D. Nev. Jan. 8, 2021) (*quoting* Fed. R. Civ. P. 6). Based on

4 the foregoing, Plaintiffs and Defendants jointly and respectfully request this Court to

5 **GRANT** the foregoing Motion and extend the deadline for Defendants to file their

6 responsive pleading to Plaintiffs' Complaint for Declaratory Judgment and Money

7 Judgment twenty-one (21) days from Friday, April 16, 2021 to Friday, May 7, 2021.

    DATED this <u>16th</u> day of April, 2021.        DATED this <u>16th</u> day of April, 2021.

8

9 **WILSON, ELSER, MOSKOWITZ,**      **PRINCE LAW GROUP**
**EDELMAN & DICKER LLP**

10

11

12 */s/Chad C. Butterfield*              */s/ Kevin T. Strong*
CHAD C. BUTTERFIELD           DENNIS M. PRINCE

13 Nevada Bar No. 10532             Nevada Bar No. 5092
6689 Las Vegas Boulevard South    KEVIN T. STRONG

14 Suite 200                       Nevada Bar No. 12107
Las Vegas, Nevada 89119        10801 W. Charleston Boulevard, #560

15 Attorneys for Plaintiffs           Las Vegas, Nevada 89135
*Allied World Specialty Insurance*    Attorneys for Defendant

16 *Company f/k/a Darwin National*    *Joyce Sirianni and Lisa M. Lee, as Special*
*Assurance Company and Allied*    *Administrator of the Estate of Demetrios*

17 *World Insurance Company*        *A. Dalacas, Esq.*

18

19

20                      **IT IS SO ORDERED.**

21

22

23                      **U.S. MAGISTRATE JUDGE**

24                      **Dated:  April 16, 2021**

25

26

27

28

