1  Chad C. Butterfield, Esq.
   Nevada Bar No. 10532
2  **WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP**
3  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, NV 89119
4  Tel: 702.727.1400; Fax: 702.727.1401
   Chad.Butterfield@wilsonelser.com
5  *Attorneys for Plaintiffs Allied
   World Specialty Insurance
6  Company and Allied World
   Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LISA M. LEE, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., *et al.*,<br><br>Defendants. | Case No.: 2:21-cv-00078-JCM-EJY<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT RYAN MCCLARAN'S MOTION TO ABSTAIN AND TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**(First Request)** |

Plaintiffs Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company ("Allied World Specialty") and Allied World Insurance Company ("Allied World Insurance" and collectively with Allied World Specialty, "Allied World") and defendant Ryan McClaran ("McClaran") jointly move this Court for an extension of time for Plaintiffs to file their opposition brief in response to defendant McClaran's motion to abstain and to dismiss the complaint (ECF No. 23), filed on April 16, 2021 (the "motion"), from the current deadline of April 30, 2021 to May 21, 2021. This is the first request for an extension of time for Allied World to file its opposition to the motion.

This motion is submitted in accordance with LR IA 6-2 and LR 7-1, and is supported by good cause. On April 16, 2021, Allied World and defendants Joyce Sirianni ("Sirianni") and Lisa M. Lee ("Lee") filed a joint motion seeking an extension to May 7, 2021 for Sirianni and Lee to respond to Allied World's complaint (ECF No. 25), which this Court granted (ECF No. 27). Allied

1

World anticipates defendants Sirianni and Lee will file a motion similar to defendant McClaran's motion to abstain and to dismiss. Allied World's opposition to any such motion would be due on May 21, 2021. Allied World seeks an extension of time to respond to defendant McClaran's motion such that Allied World can address concurrently defendant McClaran's motion and the anticipated motion from defendants Sirianni and Lee, which would both be due on May 21, 2021.

Based on the foregoing, Allied World and McClaran respectfully request an Order extending the deadline for Allied World to file its opposition in response to defendant McClaran's motion to May 21, 2021.

| | |
|---|---|
| **BREEDEN & ASSOCIATES, PLLC** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| By: /s/ *Adam J. Breeden*<br>ADAM J. BREEDEN, ESQ.<br>Nevada Bar No. 8768<br>376 E. Warm Springs Road, Suite 120<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendant Ryan McClaran* | By: /s/ *Chad C. Butterfield*<br>CHAD C. BUTTERFIELD, ESQ.<br>6689 Las Vegas Blvd. South, Ste. 200<br>Las Vegas, Nevada 89119<br>*Attorneys for Plaintiffs Allied World Specialty Insurance Company and Allied World Insurance Company* |

**IT IS SO ORDERED.**

Dated this 30th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

253386136V.1
253386136V.1