**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Road, Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Defendant Ryan McClaran*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY and ALLIED WORLD INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>LISA M. LEE, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., ROBERT O. McMASTER, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., DEMETRIOS A. DALACAS, ESQ., P.C., a Nevada professional corporation; JOYCE SIRIANNI, and RYAN MCCLARAN,<br><br>Defendants. | CASE NO.: 2:21-cv-00078-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET THE TELEPHONIC HEARING CURRENTLY SET FOR JUNE 14, 2021** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs ALLIED WORLD INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY and ALLIED WORLD INSURANCE COMPANY ("Plaintiffs"), through their counsel of record, Chad C. Butterfield of WILSON ELSER MOSKOWITZ EDELMAN DICKER, LLP; Defendants JOYCE SIRIANNI and LISA M. LEE, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., through their counsel of record, Kevin T. Strong of PRINCE LAW GROUP; and Defendant RYAN McCLARAN, through his counsel of record, Adam J. Breeden of BREEDEN & ASSOCIATES, PLLC, that the telephonic hearing requested to review the submitted Discovery

Plan and Scheduling Order [ECF No. 37] currently set for June 14, 2021 at 11:30 a.m. be rescheduled to June 21, 2021 at 11:30 or another date and time the Court is available between June 21 and June 25, 2021.

The request has respectfully been made due to Counsel for Defendant McClaran being out of town and not available by telephone during the currently scheduled hearing. Since Defendant McClaran is the party who requested the hearing, his Counsel wishes to make the telephonic appearance himself.

Based on the foregoing, the parties respectfully request this Court to reschedule the hearing to review the Discovery Plan and Scheduling Order to June 21, 2021 at 11:30 a.m. or to another date the Court is available on June 23, 2021 at 2:00 p.m.

DATED this  8th   day of June, 2021.                    DATED this   8th  day of June, 2021.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

**PRINCE LAW GROUP**

 */s/ Chad C. Butterfield, Esq.*                         */s/ Dennis M. Prince, Esq.*
**CHAD C. BUTTERFIELD, ESQ.**                           **DENNIS M. PRINCE, ESQ.**
Nevada Bar No. 010532                                   Nevada Bar No. 005092
6689 Las Vegas Blvd. South, Suite 200                   **KEVIN T. STRONG, ESQ.**
Las Vegas, Nevada 89119                                 Nevada Bar No. 012107
Tel: (702) 727-1400                                     10801 West Charleston Boulevard, Suite 560
Fax: (702) 727-1401                                     Las Vegas, Nevada 89135
Email: Chad.Butterfield@wilsonelser.com                 Tel: (702) 534-7600
*Attorneys for Plaintiffs Allied World Specialty*       Fax: (702) 534-7601
*Insurance Company f/k/a Darwin National*               Email: eservice@thedplg.com
*Assurance Company and Allied World*                    *Attorneys for Defendants Joyce Sirianni and*
*Insurance Company*                                     *Lisa M. Lee as Special Administrator of the*
                                                        *Estate of Demetrios A. Dalacas*

DATED this __8th__ day of June, 2021.

**BREEDEN & ASSOCIATES, PLLC**

_/s/ Adam J. Breeden_
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
376 E. Warm Springs Road, Suite 120
Las Vegas, Nevada 89119
Tel: (702) 819-7770
Fax: (702) 819-7771
Email: Adam@Breedenandassociates.com
*Attorneys for Defendant Ryan McClaran*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the telephonic hearing shall be reset from June 14, 2021 to June 23, 2021 at 2:00 p.m.**

DATED this 8th day of June, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**