MICHAEL A. OLSEN, ESQ.
Nevada Bar No. 6076
THOMAS R. GROVER, ESQ.
Nevada Bar No. 12387
**BLACKROCK LEGAL, LLC**
10155 W. Twain Ave., Suite 100
Las Vegas, NV 89147
Office: (702) 855-5658
Fax: (702) 869-8243
mike@blackrocklawyers.com
tom@blackrocklawyers.com
*Attorneys for Jasen Cassady, Special Administrator of the Estate of Demetrios A. Dalacas*

# UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY and ALLIED WORLD INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>LISA M. LEE, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., ROBERT O. McMASTER, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ., DEMETRIOS A. DALACAS, ESQ., P.C., a Nevada professional corporation; JOYCE SIRIANNI, and RYAN MCCLARAN,<br><br>Defendants. | Case No. 2:21-cv-00078-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT AND MONEY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Defendant, Jasen Cassady, as Special Administrator of the ESTATE OF DEMETRIOS A. DALACAS, ESQ. (hereafter "Defendant"), by and through his attorneys of record, Michael A. Olsen, Esq. and Thomas R. Grover, Esq., of the law firm of Blackrock Legal, LLC,

1

and Plaintiffs, ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY and ALLIED WORLD INSURANCE COMPANY (hereafter "Plaintiffs"), by and through their attorney of record, Chad C. Butterfield, Esq., of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree as follows:

1. That Defendant's counsel requires additional time to collect and review the documentation necessary to respond to Plaintiffs' Complaint for Declaratory Judgment and Money Judgment (hereafter "Complaint"); and,

2. That the deadline for Defendant to file his answer to Plaintiffs' Complaint is extended to and including February 2, 2022.

**IT IS SO STIPULATED.**

DATED: January 26, 2022
**BLACKROCK LEGAL, LLC**

By  */s/ Michael A. Olsen, Esq.*
 MICHAEL A. OLSEN, ESQ.
 Nevada Bar No. 6067
 THOMAS R. GROVER, ESQ.
 Nevada Bar No. 12387
 10155 W. Twain Ave., Ste. 100
 Las Vegas, NV 89147

DATED: January 26, 2022
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By  */s/ Chad C. Butterfield, Esq.*
 CHAD C. BUTTERFIELD, ESQ.
 Nevada Bar No. 10532
 6689 Las Vegas Blvd. South, Ste. 200
 Las Vegas, NV 89119

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  January 27, 2022